1
2
3
4
5
6
7

```
_____ FILED _____ LODGED
          _____ RECEIVED
         APR 2 3 2015
        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

8
9

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

10

UNITED STATES OF AMERICA,

11

                                Plaintiff,

12

        vs.

13

JENNIFER KOLAR,

14

                Defendant/Judgment Debtor,

15

        and

16

17

MONSOON SOLUTIONS, INC.,

18

                        Garnishee.

NO. MC 15-5018 BHS

(3:06-CR-5612-1, 3:07-CR-5220-1)

**[Proposed]**

**Order to Issue a Writ of Continuing Garnishment**

19
20

        THIS MATTER having come before this Court upon the United States of America's

21

Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment

22

Debtor, Jennifer Kolar, from Monsoon Solutions, Inc., the Garnishee, and the Court having

23

reviewed the pleadings herein, it is hereby ORDERED that the Clerk of the Court shall issue a

24

Writ of Continuing Garnishment against Monsoon Solutions, Inc., whose address is Monsoon

25

Solutions, Inc., Attn: Paul Butler, 2405 140th Avenue NE Suite A115, Bellevue, WA 98005.

26
27

//

28

**ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT**

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this _____ 25 _____ day of _____April_____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

**ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT**