**Honorable Benjamin H. Settle**

1

2

3

4

5

6

7                  **UNITED STATES DISTRICT COURT**
          **WESTERN DISTRICT OF WASHINGTON**

8                          **AT TACOMA**

9

10   UNITED STATES OF AMERICA,          NO. 3:15-mc-05018-BHS

11             Plaintiff,              (3:06-CR-5612-1; 3:07-CR-5220-1)

12            v.                     **Order Terminating**

13   JENNIFER L. KOLAR,            **Garnishment Proceeding**

14        Defendant/Judgment Debtor,

15            and

16   MONSOON SOLUTIONS, INC.,

          Garnishee.

17

18         This matter came before the Court on the United States' Application to

19 Terminate Garnishment Proceeding.  For the reasons stated in the United States'

20 Application, the Court concludes that this Garnishment should be terminated,

21 pursuant to 28 U.S.C. § 3205(c)(10)(A).

22         IT IS ORDERED that the garnishment is terminated and that the Garnishee,

23 Monsoon Solutions, Inc., shall return to Defendant/Judgment Debtor Jennifer L.

24 Kolar, within 30 days of this Order, all of Ms. Kolar's property that it withheld under

25 this Garnishment.  The Garnishee is relieved of further responsibility pursuant to

26 this garnishment.

27 //

28

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(USA v. Jennifer L. Kolar and Monsoon Solutions, Inc., USDC Nos.
3:15-mc-05018-BHS / 3:06-cr-5612-1; 3:07-cr-5220-1) – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this ⏤ day of ⏤⏤⏤⏤, 2015.

⏤⏤⏤⏤⏤⏤⏤⏤⏤⏤⏤⏤⏤
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(USA v. Jennifer L. Kolar and Monsoon Solutions, Inc., USDC Nos.
3:15-mc-05018-BHS / 3:06-cr-5612-1; 3:07-cr-5220-1) – 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970